IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DEBBIE LEE ESTHER WARD, § <br> PLAINTIFF, § <br> § <br> v. § <br> § <br> CARRINGTON MORTGAGE SERVICES § <br> LLC, § <br> DEFENDANT. § | Case No. 3:19-CV-2862-M-BK |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made Findings, Conclusions and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendant's original Petition is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing an Amended Complaint, as Plaintiff has now done.

SO ORDERED this 26th day of August, 2020.

*[Signature]*
BARBARA M. G. LYNN
CHIEF JUDGE